IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUSS BROWN, | No. 4:19-CV-02001 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| ROBERT PACKER HOSPITAL, *et al.*, | |
| Defendants. | |

## ORDER

**JANUARY 21, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Brown's motion for leave to file an amended complaint (Doc. 53) is **DENIED** without prejudice.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge