# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUSS BROWN, | No. 4:19-CV-02001 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| ROBERT PACKER HOSPITAL and DOUGLAS TROSTLE, MD, | |
| Defendants. | |

# ORDER

### APRIL 18, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiff Russ Brown's Motion to Strike the Defendants' Expert Report (Doc. 61) is **DENIED**. A telephonic status conference will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge